**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Dated: October 28, 2009



_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**
_____

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-24202/6218008909

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: <br><br> Alex M. Semenik and Lisa J. Semenik <br>     Debtors. <br>_____<br> Bank of America, NA <br>     Movant, <br>   vs. <br><br> Alex M. Semenik and Lisa J. Semenik, Debtors, Lothar Goernitz, Trustee. <br><br>     Respondents. | No. 2:09-bk-22790-GBN <br><br> Chapter 7 <br><br> ORDER <br><br> (Related to Docket #8) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated October 28, 2008 and recorded in the office of the Maricopa County Recorder wherein Bank of America, NA is the current beneficiary and Alex M. Semenik and Lisa J. Semenik have an interest in, further described as:

> Unit 2A, OF LANDMARK TOWERS CONDOMINIUM, A CONDOMINIUM, as created by that certain Declaration recorded June 30, 2005 as 2005-0902960, of Official Records and according to the plat of record in the office of the County Recorder of Maricopa County, Arizona, recorded in Book 759 of Maps, page 12, and Affidavits of Correction recorded in Recording No. 2005-1044269 and Recording No. 2005-1090406.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT